NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

v.

**GOOGLE INC., SMART MODULAR TECHNOLOGIES, INC.,**
*Appellees*

---

16-1270, 16-1271
(Serial no. 95/000,546, 95/000,577 )

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b).

                                  FOR THE COURT

January 28, 2016            /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

**ISSUED AS A MANDATE:** January 28, 2016

cc: Clerk's Office, United States Patent and Trademark Office
Mehran Arjomand
Adam Conrad
Michael Francis Heafey
Daryl Joseffer
Brian Robert Matsui